**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

James Robert Nieset, Jr.
Porteous, Hainkel & Johnson
704 Carondelet St.
New Orleans LA 70130

Judgment on rehearing rendered and
mailed to all parties or counsel of
record on March 23, 2022

**REHEARING ACTION: March 23, 2022**

**Docket Number: 21   00430-CA**

**JUDY MEZIERE**
**VERSUS**
**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE CO., ET AL.**

**Appealed from Natchitoches Parish Case No. 88,800A**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett**
    **Hon. Jonathan W. Perry**
    **Hon. Sharon Darville Wilson**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Travelers Indemnity Company** has this day been

    **DENIED.**

cc: James Berry Reichman, Counsel for the Appellee
    Michael Thomas Johnson, Counsel for the Appellee
    Otis Edwin Dunahoe, Jr., Counsel for the Appellant